DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN RUSSELL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00159 AWI-DLB |
| *Plaintiff,* | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE HEARING |
| v. | ) DATE: September 10, 2012 |
| STEPHEN RUSSELL HILL, | ) TIME: 1:00 P.M.<br>) JUDGE: Hon. Dennis L. Beck |
| *Defendant.* | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for August 6, 2012, **may be**

**continued to September 10, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

This continuance is at the request of defense counsel as defense needs additional time in

preparation of this case. The government has provided initial as well as supplementary discovery.

Government counsel has further facilitated transfer of the evidence to the Fresno ICE office, which just

arrived. Defense counsel has scheduled an appointment tomorrow to view the evidence and has scheduled

an appointment for client to come into the office next week. After viewing the evidence, defense counsel

will need additional time to consult with the client and enter in plea negotiations with the government.

The requested continuance is with the intention of conserving time and resources for both

parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in

the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 26, 2012            By:    /s/ Brian Enos
                                       BRIAN ENOS
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: July 26, 2012            By:    /s/ Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       STEPHEN RUSSELL HILL




## O R D E R

**IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 30, 2012**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE