1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   STEPHEN RUSSELL HILL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   No. 1:12-cr-00159 AWI-DLB
                                          )
12                     Plaintiff,         )   STIPULATION AND ORDER TO CONTINUE
                                          )   STATUS CONFERENCE HEARING
13        v.                              )
                                          )   DATE:   December 10, 2012
14   STEPHEN RUSSELL HILL,                )   TIME:   1:00 P.M.
                                          )   JUDGE:  Hon. Dennis L. Beck
15                     Defendant.         )
                                          )
16   _____ )

17        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18   counsel that the status conference in the above-captioned matter now set for October 22, 2012, **may be**

19   **continued to December 10, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

20        This continuance is at the request of defense counsel as defense needs additional time in

21   preparation of this case. Defense counsel has now had an opportunity to view the evidence in this case.

22   The parties have discussed the parameters of the government's initial offer on the case, which will be

23   formalized in writing within the next week. Defense would like the opportunity to make a counter-offer.

24   As part of the process, an expert has been retained by the defense. The defense expert needs additional

25   time to complete his report and defense would like to incorporate that report into its counter-offer

26   proposal.

27        The requested continuance is with the intention of conserving time and resources for both

28   parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in

the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 11 2012          By:     /s/ Brian Enos
                                        BRIAN ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: October 11, 2012         By:     /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STEPHEN RUSSELL HILL

**O R D E R**

   **IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

        IT IS SO ORDERED.

   **Dated:**   **October 15, 2012**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE