```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  STEPHEN RUSSELL HILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00159 AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE HEARING |
| v. | ) DATE: May 13, 2013 |
| STEPHEN RUSSELL HILL, | ) TIME: 1:00 P.M. ) JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 8, 2013 **may be continued to May 13, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

This continuance is at the request of both parties as plea negotiations are ongoing.  Additionally, Mr. Hill has recently been scheduled for surgery on the currently set April 8, 2013 status conference.  The medical documentation has been provided to the government as well as Pretrial Services.  It is anticipated Mr. Hill will need several weeks for recovery in order to be able to travel to court.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

§§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                                                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 20, 2013                    By:    /s/ *Brian Enos*
                                                                         BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: March 20, 2013                    By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
STEPHEN RUSSELL HILL

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **March 21, 2013**                          /s/ **Barbara A. McAuliffe**
                                                                         UNITED STATES MAGISTRATE JUDGE