HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN RUSSELL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>STEPHEN RUSSELL HILL,<br><br>*Defendant.* | No. 1:12-cr-00159 AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: November 12, 2013<br>TIME: 10:00 A.M.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for October 28, 2013 **may be continued to November 12, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

This continuance is at the request of the defense as defense counsel recently had another client request a speedy trial. That trial was set on October 27, 2013. Defense counsel requests the additional time for sentencing on this case so he may be properly prepared on both matters. The requested continuance is with the intention of conserving time and resources for both parties and the court.

As Mr. Hill has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act. The government has no objection to the continuance.

//

//

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 10, 2013         By:   /s/ *Brian Enos*
                                        BRIAN ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: September 10, 2013         By:   /s/ *Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STEPHEN RUSSELL HILL


**O R D E R**

IT IS SO ORDERED.

Dated:   September 10, 2013

_____
SENIOR DISTRICT JUDGE