| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | Stephen Russell Hill |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-0159 AWI-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | DATE: January 27, 2014 |
| STEPHEN RUSSELL HILL, | ) | TIME: 10:00 p.m. |
| | ) | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for November 12, 2013, may be continued to January 27, 2014 at 10:00 a.m.

Mr. Hill's wife has been hospitalized due to a number of medical issues. She has been in the hospital approximately one month and will require at least another 1-2 weeks at the hospital. Upon her release, she will require much assistance from Mr. Hill.

As this is a sentencing hearing and Mr. Hill has already pleaded guilty, no exclusion of time is necessary under the Speedy Trial Act. The government and pretrial services have no objection to the requested court date.

///

///

///

-1-

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 28, 2013 | | By: | /s/ Brian Enos<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 28, 2013 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEPHEN HILL |

**O R D E R**

IT IS SO ORDERED.

Dated: October 29, 2013

_____
SENIOR DISTRICT JUDGE